*September 1, 2017*

2017-Ohio-7423.]

**2017–0732.   In re Resignation of Pioch.**
Sua sponte, Susan Marie Pioch, Attorney Registration No. 0012533, last known business address in Toledo, Ohio, found in contempt for failure to file her certificate of admission and failure to file an affidavit of compliance on or before July 28, 2017.